JAY ELIASBERG, PLAINTIFF-APPELLANT, v. STANDARD OIL COMPANY, DEFENDANT-RESPONDENT.

Argued June 8, 1953—Decided June 15, 1953.

*Mr. Nathan H. Gates* of the New York bar argued the cause for the appellant (*Messrs. Osborne, Cornish & Scheck,* attorneys; *Mr. Emanuel P. Scheck, Mr. Stanley L. Kaufman* of the New York bar and *Mr. Joshua Peterfreund* of the New York bar, on the brief).

*Mr. Josiah Stryker* argued the cause for the respondent (*Messrs. Stryker, Tams & Horner,* attorneys; *Mr. John W. Davis* of the New York bar, *Mr. George A. Brownell* of the New York bar and *Mr. Stuart Marks* of the New York bar, on the brief).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Freund in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—7.

*For reversal*—None.